Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Geraldine Soat Brown | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 658 | **DATE** | 8/19/2008 |
| **CASE TITLE** | USA vs. Jaime Reyes-Hernandez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Jaime Reyes-Hernandez appears in response to arrest on 08/19/08.  Defendant informed of his rights. The court finds defendant unable to afford counsel.  Marilyn Miller from the Federal Defender Panel is appointed as counsel for defendant. Government moves for pretrial detention. Defendant waives the detention hearing without prejudice to defendant's right to move at a later time for pretrial release on conditions.  Government's oral motion for pretrial detention is granted. Defendant waives his right to preliminary examination.  The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall remain in custody pending trial or until further order of the Court. *Geraldine Soat Brown*

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|

2008 AUG 19  PM 4: 35
FILED-EGF
U.S. DISTRICT COURT