# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: USA v.s. JAIME REYES-HERNANDEZ
FOR: 8-19-08
AT: MAGISTRATE JUDGE GERALDINE SOAT BROWN, UNITED STATES DISTRICT COURT

FILED AUG 19 2008

PERSON REPRESENTED (Show your full name): JAIME REYES-HERNANDEZ

1 ☒ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

LOCATION NUMBER:

DOCKET NUMBERS
Magistrate:
District Court: 08CR658
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): Illegal Reentry
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No — not married / divorced
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED: $ _____
SOURCES: _____

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No
VALUE: 150.00
DESCRIPTION: Stocks in 401K

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED
Total No. of Dependents: 1
List persons you actually support and your relationship to them: 1 son - child support w/ $146/every 2 weeks

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| APARTMENT OR HOME: foreclosed | $ _____ | $ 252.00 |
| child support | $ _____ | $ _____ |
| credit cards | $ 600.00 | $ 0 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Aug 19, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ X _[signature]_