# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

U.S. v. Jaime Reyes Hernandez

Case Number: 08 CR 658

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
8-19-08
AUG 19 2008
MAGISTRATE JUDGE
GERALDINE SOAT BROWN
UNITED STATES DISTRICT COURT

| Field | Value |
|---|---|
| NAME (Type or print) | MARILYN A. MILLER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Marilyn A. Miller |
| FIRM | Law Offices of Marilyn A. Miller |
| STREET ADDRESS | 1336 S. Finley Rd. #1R |
| CITY/STATE/ZIP | Lombard, IL 60148 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 3123498 |
| TELEPHONE NUMBER | 630/424-8816 |

| Question | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ✓