UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAIME REYES-HERNANDEZ | No. 08 CR 658  **JUDGE DER-YEGHIAYAN**<br><br>Violation: Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4) |

The SPECIAL MARCH 2007 GRAND JURY charges:  **MAGISTRATE JUDGE BROWN**

On or about July 25, 2008, at Alsip, in the Northern District of Illinois, Eastern Division,

JAIME REYES-HERNANDEZ,

defendant herein, an alien who previously had been deported and removed from the United States on or about April 7, 1999 and again on or about March 2, 2005, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Sections 1326(a) and (b)(2); and Title 6, United States Code, Section 202(4).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

**FILED**
SEP - 3 2008
SEP X 3 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT