Minute Order Form (rev97)

# United States District Court, Northern District of Illinois

08 GJ 900 LF

| Name of Assigned Judge or Magistrate Judge | **JUDGE DER-YEGHIAYAN** | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08-CR-00658 | DATE | SEPTEMBER 3, 2008 |
| CASE TITLE | US v. JAIME REYES-HERNANDEZ | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

## GRAND JURY PROCEEDING

**MAGISTRATE JUDGE BROWN**

The Grand Jury for the ___SPECIAL MARCH 2007___ Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge ___[signature: Jeffrey Cole]___

DOCKET ENTRY:

NO BOND SET, DETAINED BY MAGISTRATE.

FILED
SEP X 3 2008
SEP - 3 2008
MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                    UNDER SEAL)

| | | | |
|---|---|---|---|
| No notices required, advised in open court. | | Number of notices | DOCKET# |
| No notices required. | | Date docketed | |
| Notices mailed by judge's staff. | | Docketing dpty. initials | |
| Notified counsel by telephone. | | | |
| Docketing to mail notices | | Date mailed notice | |
| Mail AO 450 form. | | | |
| Copy to judge/magistrate judge. | | Mailing dpty. initials | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |